IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-03301-WYD-KLM

STACY CRANMER

    Plaintiff,

v.

ROBERT A. LINO,
DOMINGO RODRIGUEZ, and
EL PASO-LOS ANGELES LIMOUSINE EXPRESS, INC.,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on the parties' **Joint Motion to Modify Scheduling Order** [#19][1] (the "Motion").

IT IS HEREBY **ORDERED** that the Motion [#19] is **GRANTED**. The Scheduling Order entered on February 5, 2014 [#18] is amended to extend the following deadlines:

- Affirmative Expert Disclosure Deadline — **July 15, 2014**
- Rebuttal Expert Disclosure Deadline — **August 1, 2014**
- Dispositive Motion Deadline — **September 1, 2014**
- Discovery Deadline — **September 15, 2014**

Dated: April 21, 2014

---

[1] "[#19]" is an example of the convention the Court uses to identify the docket number assigned to a specific paper by the Court's case management and electronic case filing system (CM/ECF). The Court uses this convention throughout this Minute Order.