IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-03301-WYD-KLM

STACY CRANMER

     Plaintiff,

v.

ROBERT A. LINO,
DOMINGO RODRIGUEZ, and
EL PASO-LOS ANGELES LIMOUSINE EXPRESS, INC.,

     Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

     This matter is before the Court on **Defendant Robert Lino's Unopposed Motion to Amend Scheduling Order** [#22][1] (the "Motion"). As an initial matter, the Motion does not comply with D.C.COLO.LCivR 10.1(e) which states that "[a]ll documents shall be double spaced." The Motion is subject to denial on this basis alone. Nevertheless, in the interest of expedience,

     IT IS HEREBY **ORDERED** that the Motion [#22] is **GRANTED**. The Scheduling Order entered on February 5, 2014 [#18] and amended on April 21, 2014 [#21], is further modified to extend the following deadlines:

- Affirmative Expert Disclosure Deadline    **July 29, 2014**
- Rebuttal Expert Disclosure Deadline    **August 15, 2014**
- Dispositive Motion Deadline    **September 15, 2014**
- Discovery Deadline    **September 29, 2014**

     Dated: June 23, 2014

---

[1] "[#22]" is an example of the convention the Court uses to identify the docket number assigned to a specific paper by the Court's case management and electronic case filing system (CM/ECF). The Court uses this convention throughout this Minute Order.