IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-03301-WYD-KLM

STACY CRANMER

    Plaintiff,

v.

ROBERT A. LINO,
DOMINGO RODRIGUEZ, and
EL PASO-LOS ANGELES LIMOUSINE EXPRESS, INC.,

    Defendants.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the **Notice of Settlement** [#33][1].

    IT IS HEREBY **ORDERED** that the Final Pretrial Conference set for October 6, 2014 at 10:00 a.m. is **VACATED**.

    IT IS FURTHER **ORDERED** that Plaintiff's Motion For Leave to Amend Complaint to Add Punitive Damages Against Domingo Rodriguez and Defendant El Paso-Los Angeles Limousine Express, Inc. [#29] is **DENIED as moot**.

    IT IS FURTHER **ORDERED** that the parties shall file dismissal papers on or before **September 12, 2014**.

    Dated:  August 13, 2014

---

[1] "[#33]" is an example of the convention I use to identify the docket number assigned to a specific paper by the Court's case management and electronic case filing system (CM/ECF).  I use this convention throughout this Minute Order.