IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   13-cv-03301-WYD-KLM

STACY CRANMER,

    Plaintiff,

v.

ROBERT A. LINO,
DOMINGO RODRIGUEZ, and
EL PASO-LOS ANGELES LIMOUSINE EXPRESS, INC.,

    Defendants.

## ORDER OF DISMISSAL

THIS MATTER is before the Court on the parties' Stipulation to Dismiss With Prejudice filed August 27, 2014.  Having carefully reviewed the Stipulation and the file, it is

ORDERED that the Stipulation to Dismiss With Prejudice (ECF No. 35) is **APPROVED** and this matter is **DISMISSED WITH PREJUDICE**, with the parties to bear their own attorney fees and costs.

Dated:  August 27, 2014

                            BY THE COURT:

                            s/ Wiley Y. Daniel
                            Wiley Y. Daniel
                            Senior United States District Judge